No. 10-7001. Ruby Sue Browder, Petitioner v. The CBE Group Inc. Litigation Center, et al.

562 U.S. 1113, 131 S. Ct. 831, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9714.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 378 Fed. Appx. 591.